DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHIE DESAUGUSTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2775

[February 22, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case Nos. 13-3078CF10A, 13-3229CF10A, 13-3419CF10A, 13-4064CF10A, 13-4130CF10A and 13-5202CF10A.

Richie Desauguste, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***